**Order entered September 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00520-CV

### IN THE INTEREST OF Z.C.M., M.R.M., AND E.P.M., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-22954**

## ORDER

Before the Court is the September 17, 2015 motion of court reporter Shantel Beheler for an extension of time to file the reporter's record. In her motion, Ms. Beheler recites the following pertinent facts:

> I received payment from Appellant yesterday, September 16, 2015, for a partial record of two witnesses (direct examination only).

> Mr. Harter, counsel for appellee, requested that his cross-examination of the witnesses and exhibits be submitted also. I have requested that [appellant] pay for the remaining pages to be included. According to T.R.A.P. 34.6(c), [appellant] is responsible for the cost. He has refused and has told me to just file the direct examination of the two witnesses.

On September 23, 2015, we received the reporter's record. It contains the direct testimony of two witnesses and four exhibits. The reporter's record does not include the cross-examination testimony of the two witnesses. We **GRANT** Ms. Beheler's motion and **ORDER** the reporter's record tendered to this Court on September 23, 2015 filed as of that date. Because appellant has

refused to pay for the portions of the record requested by appellee, we **ORDER** the appeal submitted on the incomplete reporter's record.

Appellant's brief is due **MONDAY, OCTOBER 26, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Beheler and all parties.

/s/     ELIZABETH LANG-MIERS
JUSTICE